# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:15CR00018-008 |
| v. | **OPINION AND ORDER** |
| JEREMY REDDEN, | By: James P. Jones |
| | United States District Judge |
| Defendant. | |

*Jeremy Redden, Pro Se Movant.*

The movant, a federal inmate, has filed a pro se Motion to Correct Sentence. The motion will be denied.

Redden was sentenced by the United States District Court for the Eastern District of Tennessee on June 6, 2016, to 100 months imprisonment. On January 3, 2017, he was sentenced by this court to a total of 185 months imprisonment. The sentencing judgment of this court provided that the sentence "shall run concurrently with the defendant's term of imprisonment pursuant to the judgment" in the Eastern District of Tennessee. J. 2, ECF No. 593.

Redden, who is incarcerated in the Fairton Federal Correctional Center, located in New Jersey, complains that the Bureau of Prison "is not reflecting this concurrent condition." Mot. 1, ECF No. 786. He asks the court to correct the

matter so that both sentences start on August 20, 2015, which appears to have been his arrest date on the Eastern District of Tennessee charge. Presentence Investigation Report ¶ 333, ECF No. 608.

This court cannot change its sentence. If Redden believes that the Bureau of Prisons has incorrectly calculated his term of incarceration, he may file an action in the federal district court in the district where he is incarcerated under 28 U.S.C. § 2241, after having fully exhausted his administrative remedies with the Bureau of Prisons. *Ivy v. Joyner,* Civil Action No. 9:18-2158-HMH-BM, 2019 WL 540509, at *2 (Jan. 15, 2019), *R. & R. adopted,* 2019 WL 534225, at *1 (D.S.C. Feb. 11, 2019).

Accordingly, the Motion to Correct Sentence, ECF No. 786, is DENIED.

ENTER: February 19, 2019

/s/ *James P. Jones*
United States District Judge